# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1303
LT Case No. 59-2019-CF-3870-A

_____

JETHROW DAVILA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Thomas C. Greene, Sanford, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

June 12, 2026

PER CURIAM.

Appellant correctly asserts that the trial court abused its
discretion by denying his petition to seal his criminal record
history because the court's order failed to state specific reasons for
denying the petition based on all the facts and circumstances of
the case. *See Gotowala v. State*, 184 So. 3d 568, 569–70 (Fla. 4th
DCA 2016); *accord Lazard v. State*, 229 So. 3d 439, 441 (Fla. 5th
DCA 2017); *Grey v. State*, 199 So. 3d 988, 990 (Fla. 4th DCA 2016).

Accordingly, we reverse and remand with directions that the trial court either grant the petition or provide specific reasons, based on all the facts and circumstances, for denying the petition. *See J.F.T. v. State*, 301 So. 3d 497, 498 (Fla. 5th DCA 2020); *Cole v. State*, 941 So. 2d 549, 551 (Fla. 1st DCA 2006).

REVERSED and REMANDED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––